UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARL MIELE** ) | CIVIL ACTION NO. |
| Plaintiff ) | 3:12-CV-00310-JCH |
| ) | |
| **v.** ) | |
| ) | |
| **CAPITAL ONE BANK, N.A.** ) | |
| Defendant ) | |
| ) | FEBRUARY 4, 2013 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Carl Miele, through his attorney, and the defendant, Capital One Bank, N.A., through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, CARL MIELE

By: /s/ Daniel S. Blinn
    Daniel S. Blinn, ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

DEFENDANT, CAPITAL ONE BANK, N.A.

By: /s/ Ann H. Rubin.
    Ann H. Rubin, ct 04486
    arubin@carmodylaw.com
    Carmody & Torrance, LLP
    50 Leavenworth St.
    PO Box 1110
    Waterbury, CT  06721-1110
    Tel. (203) 573-1200
    Fax (203) 784-3199

## **CERTIFICATION**

     I hereby certify that on this 4th day of February, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Daniel S. Blinn
                                            Daniel S. Blinn